**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

**IN RE:**

| | | |
|---|---|---|
| **NORMA GAIL STOWE BAKER** | ) | **Case No. 21-40107** |
| **SSN: XXX-XX-2203** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

**NOTICE OF AMENDMENT TO MASTER MAILING MATRIX**

COMES NOW the above-named Debtor, by and through her attorney of record, and respectfully amends her mailing matrix in this case as a matter of right before this case is closed pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure as follows:

1.    To amend the Debtor's master mailing matrix to add the following:

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

Credit One Bank, N.A.
PO Box 98873
Las Vegas, NV 89193-8873

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medicredit, Inc.
PO Box 1629
Maryland Heights, MO 63043-0629

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541-1067

Stern Recovery Services, Inc.
PO Box 14899
Greensboro, NC 27415-4899


Respectfully submitted this the 12th day of July 2021.

/s/ Caleb J. Farmer
Caleb J. Farmer, NC Bar #: 39668
FARMER & MORRIS LAW, PLLC
*Attorney for Debtor*
187 North Washington Street
Post Office Box 632
Rutherfordton, North Carolina 28139-0632
Tel:    (828) 286-3866
Fax:    (828) 286-4820
Email: cfarmer@farmerlegal.com