**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                     Case No.  21-40107
Norma Gail Stowe Baker
                                                           Chapter 13
SSN# :  XXX-XX-2203

**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN**

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004. The information contained herein is deemed accurate as of the date referenced in the next sentence of this Motion, and subsequent amendments or alterations to filed proofs of claims after the date referenced in the sentence below are not reflected or altered by the relief requested in this Motion.

Claim information in motion is current as of 2/2/2022.

The plan as confirmed requires the payment of a 1 percent (1%) dividend to the general unsecured creditors.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Blue Cross Blue Shied of NC | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2408 | |
| Caleb Jefferson Farmer | 1 | | B-Base Attorney Fee(s) | 20 | $951.00 | Pay by Trustee | | |
| Caleb Jefferson Farmer | 2 | | B-Base Attorney Fee(s) | 50 | $3,549.00 | Pay by Trustee | | |
| CAPITAL ONE BANK (USA), N.A. | 12 | 8 | U-Unsecured | 80 | $3,450.96 | Pay by Trustee | 2649 | |
| Discover Bank | 14 | 6 | U-Unsecured | 80 | $1,882.61 | Pay by Trustee | 8841 | |
| Internal Revenue Service | 8 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Kohl's | 13 | 14 | U-Unsecured | 80 | $2,059.56 | Pay by Trustee | 5505 | |
| LINCOLN COUNTY TAX DEPARTMENT | 9 | 1 | S-Secured-Pro-Rata | 50 | $685.49 | Pay by Trustee | 2203 | 9.00 |
| LVNV FUNDING LLC | 15 | 3 | U-Unsecured | 80 | $1,243.90 | Pay by Trustee | 9180 | |
| LVNV FUNDING LLC | 16 | 2 | U-Unsecured | 80 | $2,265.17 | Pay by Trustee | 1309 | |
| Midland Credit Management Inc | 23 | 13 | U-Unsecured | 80 | $478.51 | Pay by Trustee | 5800 | |
| NewRez LLC | 4 | 7 | M-Mortgage | 30 | $78,508.50 | CONDUIT | 0623 | |
| NewRez LLC | 5 | 7 | N-Mortgage/Lease Arrears | 98 | $23,176.56 | PAY OUTSIDE | 0623 | |
| NewRez LLC | 6 | 7 | Q-Mortgage Admin Arrears | 50 | $2,053.41 | Pay by Trustee | 0623 | 0.00 |
| North Carolina Department of Revenue | 10 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| OneMain | 17 | 4 | U-Unsecured | 80 | $12,743.82 | Pay by Trustee | 7511 | |

Case No.  21-40107  Baker

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Portfolio Recovery Associates LLC | 20 | 10 | U-Unsecured | 80 | $901.75 | Pay by Trustee | 1142 | |
| Portfolio Recovery Associates LLC | 21 | 11 | U-Unsecured | 80 | $3,905.62 | Pay by Trustee | 1517 | |
| Quantum3 Group LLC | 22 | 12 | U-Unsecured | 80 | $1,457.11 | Pay by Trustee | 3488 | |
| Synchrony Bank | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4529 | |
| The Charlotte-Mecklenburg Hospital Authority | 19 | 5 | U-Unsecured | 80 | $49,406.84 | Pay by Trustee | 8089 | |
| US Attorneys Office | 3 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Wells Fargo Bank, NA | 7 | 9 | S-Secured-Pro-Rata | 50 | $13,621.36 | Pay by Trustee | 4157 | 5.25 |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 2/2/2022

Steven G. Tate
Chapter 13 Trustee
By:  A. Owens

Case No.  21-40107  Baker

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                    Case No.  21-40107
Norma Gail Stowe Baker
                                                          Chapter 13
SSN# :  XXX-XX-2203

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 3/17/2022, you or your attorney must do four things:

**1. File with the Court a written response** <u>**requesting that the Court hold a hearing**</u> **and explaining your position.  File the response at :**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St, Suite 2500
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date: 3/25/2022                    Time:  9:30 AM

Location:     Cleveland County Courthouse
              Courtroom #5
              100 Justice Place
              Shelby, NC  28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 2/2/2022                              Steven G. Tate, Chapter 13 Trustee
                                             1318 D Davie Avenue
                                             Statesville, NC  28677-3565
                                             (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                          Case No.  21-40107
Norma Gail Stowe Baker
                                                               Chapter 13
SSN# :  XXX-XX-2203

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 2/2/2022.

A. Owens
Office of the Chapter 13 Trustee

Blue Cross Blue Shied of NC, PO Box 2291, Durham, NC 27702-2291

Bonial & Associates, PC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254

CAPITAL ONE BANK (USA), N.A., BY AMERICAN INFOSOURCE AS AGENT, PO BOX 71083, CHARLOTTE, NC 28272-1083

Capital One Bank USA NA, 4515 N Santa Fe Ave, Oklahoma City, OK 73118

Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873

Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025

Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346

Kohl's, PO Box 141509, Irving, TX 75014

KOHLS, PO BOX 3043, MILWAUKEE, WI 53201-3043

LINCOLN COUNTY TAX DEPARTMENT, KEP KEPLEY TAX ADMIN, 100 E Main St, LINCOLNTON, NC 28092

LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587

Medical Data Systems, 755 West NASA Blvd, Melbourne, FL 32901-1815

Medicredit, PO Box 1629, Maryland Heights, MO 63043-0629

Midland Credit Management Inc, PO Box 2037, Warren, MI 48090

NewRez LLC, dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826

Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC 28092-7155

North Carolina Department of Revenue, Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168

OneMain, PO Box 3251, Evansville, IN 47731-3251

Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541

Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541

PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541

Quantum3 Group LLC, as agent for Velocity Investments, PO Box 788, Kirkland, WA 98083-0788

Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083

Stern Recovery Services, PO Box 14899, Greensboro, NC 27415-4899

Synchrony Bank, ATTN:  Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060

Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541

The Charlotte-Mecklenburg Hospital Authority, d/b/a Atrium Health, PO Box 71108, Charlotte, NC 28272-1108

US Attorneys Office, 100 Otis St Room 233, Asheville, NC 28801

Wells Fargo Auto, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048

Wells Fargo Bank, NA, dba Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605

Wells Fargo Bank, NA, dba Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900

Total Served: 32