**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:                                                          Case No.  21-40107
Norma Gail Stowe Baker

                                                                Chapter 13
SSN# :  XXX-XX-2203

**CHAPTER 13 FINAL REPORT AND ACCOUNT**
**DISMISSED AFTER CONFIRMATION**

This Case was                                    The Plan was
Commenced on 6/14/2021                           Confirmed on 8/15/2021

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements, and they are incorporated by reference in this report.

RECEIPTS:  Amounts paid to Trustee by or for the Debtor for the benefit of Creditors:  $17,641.00

Plan Base = $64,541.00

**CLAIMS AND DISTRIBUTIONS TO DATE**

| Trustee Claim # | Clerk Claim # | Payee | Class | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TTE | | TRUSTEE COMPENSATION | | 1,004.02 | 1,004.02 | |
| 0 | | Norma Gail Stowe Baker | DEBTOR REFUND | 0.00 | 0.00 | 0.00 |
| 0 | | Caleb Jefferson Farmer | ATTORNEY FEE | 0.00 | 0.00 | 0.00 |
| 1 | | Caleb Jefferson Farmer | B-Base Attorney Fee(s) | 951.00 | 951.00 | 0.00 |
| 2 | | Caleb Jefferson Farmer | B-Base Attorney Fee(s) | 3,549.00 | 0.00 | 0.00 |
| 24 | | Caleb Jefferson Farmer | L-Legal Fees | 200.00 | 0.00 | 0.00 |
| 25 | | Caleb Jefferson Farmer | L-Legal Fees | 200.00 | 0.00 | 0.00 |
| 26 | | Caleb Jefferson Farmer | L-Legal Fees | 200.00 | 0.00 | 0.00 |
| 4 | 7 | NewRez LLC | M-Mortgage | 0.00 | 15,065.45 | 0.00 |
| 5 | 7 | NewRez LLC | N-Mortgage/Lease Arrears | 0.00 | 0.00 | 0.00 |
| 9 | 1 | LINCOLN COUNTY TAX DEPARTMENT | P-Priority | 685.49 | 0.00 | 18.05 |
| 6 | 7 | NewRez LLC | q-Mortgage Admin Arrears | 2,053.41 | 0.00 | 0.00 |
| 7 | 9 | Wells Fargo Bank, NA | S-Secured-Pro-Rata | 13,621.36 | 305.76 | 296.72 |
| 11 | | Blue Cross Blue Shied of NC | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 12 | 8 | CAPITAL ONE BANK (USA), N.A. | U-Unsecured | 3,450.96 | 0.00 | 0.00 |
| 13 | 14 | Kohl's | U-Unsecured | 2,059.56 | 0.00 | 0.00 |
| 14 | 6 | Discover Bank | U-Unsecured | 1,882.61 | 0.00 | 0.00 |
| 15 | 3 | LVNV FUNDING LLC | U-Unsecured | 1,243.90 | 0.00 | 0.00 |
| 16 | 2 | LVNV FUNDING LLC | U-Unsecured | 2,265.17 | 0.00 | 0.00 |
| 17 | 4 | Portfolio Recovery Associates LLC | U-Unsecured | 12,743.82 | 0.00 | 0.00 |
| 18 | | Synchrony Bank | U-Unsecured | 0.00 | 0.00 | 0.00 |
| 19 | 5 | The Charlotte-Mecklenburg Hospital Authority | U-Unsecured | 49,406.84 | 0.00 | 0.00 |
| 20 | 10 | Portfolio Recovery Associates LLC | U-Unsecured | 901.75 | 0.00 | 0.00 |
| 21 | 11 | Portfolio Recovery Associates LLC | U-Unsecured | 3,905.62 | 0.00 | 0.00 |
| 22 | 12 | Quantum3 Group LLC | U-Unsecured | 1,457.11 | 0.00 | 0.00 |
| 23 | 13 | Midland Credit Management Inc | U-Unsecured | 478.51 | 0.00 | 0.00 |
| 8 | | Internal Revenue Service | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 3 | | US Attorneys Office | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| 10 | | North Carolina Department of Revenue | Z-Notice Only | 0.00 | 0.00 | 0.00 |
| | | | **Totals** | $102,260.13 | $17,326.23 | $314.77 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Steven G. Tate as Trustee and releasing Steven G. Tate and his surety from any and all liability on account of these proceedings, and for such other and further relief as is just.

Case No.  21-40107  Baker

Dated:  1/31/2024

Steven G. Tate, Chapter 13 Trustee
1318 D Davie Avenue
Statesville, NC  28677-3565
(704) 872-0068 | general@ch13sta.com

## CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 1/31/2024.

J.    Safley
Office of the Chapter 13 Trustee

Norma Gail Stowe Baker, 290 Tripple H Ln, Lincolnton, NC 28092-7155