**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Norma Gail Stowe Baker** | Social Security number or ITIN   xxx–xx–2203 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Western District of North Carolina

Case number:   21–40107

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ Steven G. Tate is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 13 case of the above named debtor is closed.

Dated: February 1, 2024
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (2/1/24)